UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEWART PERSINGER,

    Plaintiff,

v.                                          Case No. 4:23-cv-96-MCR/MJF

RICKY DIXON, *et al.*,

    Defendants.

_____/

## ORDER

This cause is before the Court on the Magistrate Judge's Second Report and Recommendation dated April 25, 2023. (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted. Subsequent to the filing of the Report and Recommendation, Plaintiff has filed motions to compel and for injunctive relief titled "emergency," which are moot in light of the decision to dismiss for maliciousness and abuse of the judicial process. The Court notes, however, that these motions present only general, vague, and unsupported claims of possible dangers, which do not suffice as genuine

emergencies.  *See generally Sutton v. Dist. Attorney's Off., of Gwinnett Superior Ct.,* 334 F. App'x 278, 279 (11th Cir. 2009); *Brewster v. Dep't of Cmty. Supervision,* No. 423cv73CDLMSH, 2023 WL 4208030, at *2 (M.D. Ga. June 27, 2023).

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is dismissed pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii) for maliciousness and abuse of the judicial process.

3. All pending motions are denied as MOOT.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of July 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**